HILDA MORROW, Appellant, *v.* WESTCHESTER ELECTRIC RAILWAY COMPANY, Respondent.

*Morrow* v. *Westchester Electric Ry. Co.*, 54 App. Div. 592, affirmed.
(Submitted October 10, 1902; decided November 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May, 31, 1901, affirming a judgment in favor of defendant entered upon a verdict.

*Charles H. Young* for appellant.

*Charles F. Brown, Theodore H. Lord* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

ORA M. JEWELL, Appellant, *v.* THOMAS A. MCINTYRE et al., Respondents.

*Jewell* v. *McIntyre*, 62 App. Div. 396, affirmed.
(Argued October 21, 1902; decided November 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 28, 1901, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Jacob F. Miller* for appellant.

*Charles F. Brown, Albert G. McDonald, Albert Rathbone, Adrian H. Joline, William J. Curtis, Francis D. Pollak* and *Thos. S. Ormiston* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: GRAY, O'BRIEN, BARTLETT and HAIGHT, JJ. dissenting: PARKER, Ch. J., MARTIN and VANN, JJ.